## IN THE MATTER OF THE ESTATE OF DANIEL MACK, DECEASED (CHARLES JACKSON, ADMINISTRATOR)

JOURNAL ENTRIES (1822): *Journal 3:* (1) Petition presented, notice ordered published *p. 281; (2) petition granted *p. 374.

PAPERS IN FILE: (1) Petition of administrator and certificate of probate judge; (2) affidavit of publication of notice.

*1822–23 Calendar*, MS p. 92.

## WILLIAM G. TAYLOR *versus* LUTHER SMITH

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion for remand by procedendo *p. 282. *Journal 4:* (2) Procedendo MS p. 17.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 71.